PATRICIA SANTORSO, ADMINISTRATRIX (ESTATE OF LAWRENCE SANTORSO), ET AL. *v.* BRISTOL HOSPITAL ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 127 Conn. App. 606 (AC 32136), is granted, limited to the following issue:

"Did the Appellate Court properly reverse the trial court's denial of summary judgment based on res judicata where a prior action was stricken for failure to comply with General Statutes § 52-190a?"

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18798.

*Bruce E. Newman,* in support of the petition.

*Michael G. Rigg, Richard A. O'Connor* and *Lorinda S. Coon,* in opposition.

Decided June 8, 2011

STATE OF CONNECTICUT *v.* JUSTIN CROSS

The defendant's petition for certification for appeal from the Appellate Court, 127 Conn. App. 718 (AC 32581), is denied.

*Aaron J. Romano,* in support of the petition.

*Robert J. Scheinblum,* senior assistant state's attorney, in opposition.

Decided June 8, 2011